# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. 1:14CR39-2 |
| **SARAH ELIZABETH FARRELL** ) | |
| *Defendant* ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **SARAH ELIZABETH FARRELL**,

who is accused of an offense or violation based on the following document filed with the court:

**X** Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to bring aliens to the U.S. at a place other than a designated port of entry in violation of 8:1324(a)(1)(A)(v)(1) and 18:371 and 2
Encourage aliens to enter U.S. knowing that such entry will be in violation of law and for financial gain in violation of 8:1324(a)(1)(A)(iv), (a)(1)(A)(v)(II), (a)(1)(B)(i) and 18:2
Misuse of Visas in violation of 18:1546(a) and 2
Money laundering involving aliens in violation of 18:1957 and 2
   **\*\*Bail has been recommended by the United States Attorney in the amount of $100,000, secured by 10% and surrendered passport\*\*\***

Date: Jan 31, 2014

John S. Brubaker, Clerk
*Issuing officer's signature*

City and state: Greensboro, North Carolina

/s/ Jamie L. Sheets, Deputy Clerk
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                              Weight:

Sex:                                                 Race:

Hair:                                                Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: