# UNITED STATES DISTRICT COURT
## for the
### Middle District of North Carolina

**FILED**
FEB 07 2014
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By____

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| | ) | Case No. | 1:14CR39-2 |
| SARAH ELIZABETH FARRELL | ) | | |
| *Defendant* | ) | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **SARAH ELIZABETH FARRELL**,
who is accused of an offense or violation based on the following document filed with the court:

X Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to bring aliens to the U.S. at a place other than a designated port of entry in violation of 8:1324(a)(1)(A)(v)(1) and 18:371 and 2
Encourage aliens to enter U.S. knowing that such entry will be in violation of law and for financial gain in violation of 8:1324(a)(1)(A)(iv), (a)(1)(A)(v)(II), (a)(1)(B)(i) and 18:2
Misuse of Visas in violation of 18:1546(a) and 2
Money laundering involving aliens in violation of 18:1957 and 2
**\*\*Bail has been recommended by the United States Attorney in the amount of $100,000, secured by 10% and surrendered passport\*\*\***

Date: Jan 31, 2014

John S. Brubaker, Clerk
*Issuing officer's signature*

City and state: Greensboro, North Carolina

/s/ Jamie L. Sheets, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 1-31-14, and the person was arrested on *(date)* 2-7-14
at *(city and state)* Greensboro, NC.

Date: 2/7/2014

RECEIVED
FEB 04 2014
U.S. Marshals Service, M/NC

DPM
*Arresting officer's signature*

SA PAUL M. BACKSTROM

Case 1:14-cr-00039-UA Document 3 Filed 01/31/14 Page 1 of 2