ENTERED ON DOCKET
R.55

APR - 7 2015

BY YMC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA     :
                             :
v.                           :     1:14CR39-2
                             :
SARAH ELIZABETH FARRELL      :

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Middle District of North Carolina hereby dismisses, without prejudice, the Indictment filed on January 31, 2014, against the above-named defendant, SARAH ELIZABETH FARRELL.

This the 6th day of April, 2015.

Respectfully submitted,

RIPLEY RAND
United States Attorney

FRANK J. CHUT, JR.
NCSB No. 17696
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

Date: 4/7/15

UNITED STATES DISTRICT JUDGE